# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

| | |
|---|---|
| NINA JONES | * |
| | * |
| Plaintiff, | * |
| v. | * |
| | *    4:24-cv-00148-JJV |
| MARTIN O'MALLEY, Commissioner, | * |
| Social Security Administration, | * |
| | * |
| Defendant. | * |

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED with prejudice.

DATED this 29th day of July 2024.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE